Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ESQUEL ENTERPRISES, LTD and ESQUEL APPAREL INC.,<br><br>　　Plaintiffs/Counterclaim Defendants,<br><br>　　v.<br><br>TAL APPAREL LIMITED, and TALTECH LIMITED,<br><br>　　Defendants/Counterclaim Plaintiffs. | No. C04-974Z<br><br>ORDER REGARDING CASE STYLE AND EFFECT OF JUDGMENT<br><br>**NOTE ON MOTION CALENDAR JANUARY 12, 2006** |

Pursuant to the Minute Entry of the Court on November 21, 2005, the parties have not been able to agree on a stipulated style of the litigation and the proposed order of Esquel Enterprises, Ltd. and Esquel Apparel, Inc. is the following:

　　1.　　The style of the above referenced civil litigation CIVIL ACTION NO. C04-974Z shall be amended to TALTECH Limited – Plaintiff v. Esquel Enterprises Ltd. – Defendant.

　　2.　　Any judgment or order in this case shall be binding on TALTECH Limited, TAL Apparel Limited, Esquel Enterprises Ltd., and Esquel Apparel, Inc.

[PROPOSED] ORDER REGARDING
CASE STYLE AND EFFECT OF JUDGMENT
C04-974Z - 1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3. Any order or judgment in this case enjoining the sale of pucker-free shirts in the United States shall be binding upon The Eastern Garment Manufacturing Company Sdn. and Guangdong Esquel Textiles Co. Ltd.

4. All entities noted in paragraphs 2 and 3 above will respond to discovery as if they were named parties and will respond to document requests and interrogatories and will produce witnesses pursuant to notice.

5. No party shall lodge any objection to any discovery request directed to the corporate parents, subsidiaries and affiliates of the Parties on the sole basis that the person or entity to whom such request is directed is neither a Party nor an employee of a Party.

Dated: January 3, 2006.                                    Respectfully submitted by:

/s/ Hugh F. Bangasser
Hugh F. Bangasser, WSBA # 03055
David H. Binney, WSBA # 07576
Gregory F. Wesner, WSBA # 30241
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Steven H. Hoeft, *pro hac vice*
Joseph H. Paquin, Jr., *pro hac vice*
Matthew E. Leno, *pro hac vice*
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Plaintiff and Counterclaim Defendants Esquel Enterprises, Ltd. and Esquel Apparel Inc.*

[PROPOSED] ORDER REGARDING
CASE STYLE AND EFFECT OF JUDGMENT
C04-974Z - 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## ORDER

SO ORDERED this 9th of January, 2006.

_____
THE HONORABLE THOMAS ZILLY

Presented by:


Presented by:

PRESTON GATES & ELLIS LLP


/s/ Hugh F. Bangasser
Hugh F. Bangasser, WSBA # 03055
David H. Binney, WSBA # 07576
Gregory F. Wesner, WSBA # 30241
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Steven H. Hoeft, *pro hac vice*
Joseph H. Paquin, Jr., *pro hac vice*
Matthew E. Leno, *pro hac vice*
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Plaintiff and Counterclaim Defendants
 Esquel Enterprises, Ltd. and Esquel Apparel Inc.*

[PROPOSED] ORDER REGARDING
CASE STYLE AND EFFECT OF JUDGMENT
C04-974Z - 3

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022